942

No. 650. HAYNES v. JAMES H. CARR, INC. C. A. 4th Cir. Certiorari denied.

No. 657. HUNT v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 659. COMCET, INC. v. COMMUNICATIONS SATELLITE CORP. C. A. 4th Cir. Certiorari denied.

No. 662. C. H. GUENTHER & SON, INC., DBA PIONEER FLOUR MILLS v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 663. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 480, AFL–CIO v. GULF COAST BUILDING & SUPPLY CO., INC. C. A. 5th Cir. Certiorari denied.

No. 664. CORNWELL ET AL. v. STATE BOARD OF EDUCATION OF MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 665. SCHOLDER ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 666. ROCKET FREIGHT LINES CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari denied.

No. 667. BOWATERS SOUTHERN PAPER CORP. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 668. FARINELLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 670. AMERICAN EXPORT ISBRANDTSEN LINES, INC., ET AL. v. SAFIR ET AL. C. A. 2d Cir. Certiorari denied.